**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SAMMY SAMPSON,

                Plaintiff,          19 **CIVIL** 5227 (LJL)

      -against-                 **JUDGMENT**

SUP'T MILLER,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 15, 2020, Because the Court finds that Petitioner's claims were not fully exhausted in state court as required by law, the petition is dismissed for failure to exhaust; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal; accordingly, this case is closed.

**DATED:** New York, New York
           April 16, 2020

                                                             **RUBY J. KRAJICK**
                                                             _____
                                                              Clerk of Court
                                      **BY:**
                                                               _____
                                                                Deputy Clerk